No. 281. IDA NOLET LIMOGES AND HONORE NOLET *v.* MINNESOTA IRON COMPANY. October 10, 1927. Petition for a writ of certiorari to the Supreme Court of the

State of Minnesota denied. *Messrs. John E. Palmer* and *John B. Arnold* for petitioners. *Messrs. Frank D. Adams* and *Elmer F. Bly* for respondent.